IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**CAMIE MCKINLEY**, *on behalf of herself and others similarly situated*,

    Plaintiff,

v.

**MUR-CI HOMES, INC.,**
*a Tennessee Non-profit Corporation*,

    Defendant.

Case No. 3:23-cv-00027

Judge William L. Campbell, Jr

Magistrate Judge Alistair Newbern

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the Parties notice the dismissal of this matter with prejudice. The parties' settlement agreement is attached hereto as *Exhibit A*. A proposed order is attached hereto as *Exhibit B*. The Parties agree that Ms. McKinley Will not be subject to a confidentiality provision.

Dated: July 18, 2024.

1

Respectfully submitted,

*/s/J. Russ Bryant*
J. Russ Bryant (TN BPR #33830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*rbryant@jsyc.com*

~and~

*/s/ Jonathan O. Harris*
Jonathan O. Harris, TN Bar No. 21508
**Jackson Lewis P.C.**
CitySpace
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 565-1661
Facsimile: (615) 206-2244
Email: jonathan.harris@jacksonlewis.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024 a copy of the foregoing *Joint Stipulation of Dismissal With Prejudice* was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Jonathan O. Harris
**Jackson Lewis P.C.**
611 Commerce Street, STE 2803
Nashville, Tennessee 37203
*Jonathan.harris@jacksonlewis.com*

*Counsel for Defendant*

*/s/ J. Russ Bryant*
J. Russ Bryant