IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAMIE MCKINLEY, *on behalf of herself and others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 3:23-cv-00027 |
| v. | ) ) | JUDGE CAMPBELL |
| MUR-CHI HOMES, INC., | ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) | |

## ORDER

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 36) indicating they have resolved this action and agree that it can be dismissed with prejudice. The parties attached their settlement agreement (Doc. No. 36-1) to the pending notice, which, upon review, appears to be a fair and reasonable settlement of the wage claims presented. Accordingly, pursuant to the stipulation of the parties, this case is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE