# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Camie McKinley

                Plaintiff,

v.                                     Case No.: 3:23−cv−00027

Mur−Ci Homes, Inc.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/22/2024 re [37].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk